# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC GARCIA,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF NEVADA,<br><br>    Defendant | Case No.: 2:23-cv-01316-APG-EJY<br><br>**Order Accepting Report and Recommendation and Closing Case**<br><br>[ECF No. 2] |

On October 2, 2023, Magistrate Judge Youchah recommended that I dismiss this case without prejudice to plaintiff Eric Garcia initiating habeas proceedings or to properly commence a civil rights action by filing a complaint and paying the filing fee or applying to proceed in forma pauperis. ECF No. 2. Garcia did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 2) is accepted, this case is dismissed without prejudice, and the clerk of court is instructed to close this case.

DATED this 23rd day of October, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE