# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ERIC GARCIA,

    Plaintiff

v.

STATE OF NEVADA,

    Defendant

Case No.: 2:23-cv-01316-APG-EJY

**Order**

[ECF No.]

    On October 2, 2023, Magistrate Judge Youchah recommended that I dismiss this case without prejudice to plaintiff Eric Garcia initiating habeas proceedings or to properly commence a civil rights action by filing a complaint and paying the filing fee or applying to proceed in forma pauperis. ECF No. 2.  Garcia did not object.  I therefore accepted Judge Youchah's recommendation and dismissed this case without prejudice. ECF No. 3.  After the case was dismissed, Garcia filed a motion for post-conviction habeas corpus relief that was captioned in the Fifth District Court, Nye County, Nevada. ECF No. 5.  To the extent this is meant to be a habeas petition in this federal case, this case is already closed.  I again advise Garcia that if he wants to pursue a federal habeas corpus petition, he must file a new petition in a new case.

    I THEREFORE ORDER that plaintiff Eric Garcia's motion **(ECF No. 5) is DENIED** as a rogue filing.

    DATED this 30th day of August, 2024.

                                        ANDREW P. GORDON
                                        UNITED STATES DISTRICT JUDGE